Kimberly KENNEY, Plaintiff–
Appellant,

v.

UNIVERSITY OF ARKANSAS at Little
Rock; University of Arkansas for
Medical Sciences; Rainwater Holt &
Sexton; Central for Arkansas Legal
Services; University of Arkansas Hu-
man Resource Department; Universi-
ty of Arkansas Department of Public
Safety; University of Arkansas Stu-
dent Accounts; University of Arkan-
sas Financial Aid Office; Equal Em-
ployment Opportunity Commission,
Defendants–Appellees.

No. 16–1270

United States Court of Appeals,
Eighth Circuit.

Filed: June 27, 2016

Submitted: June 23, 2016

Kimberly Kenney, Pro se, Little Rock,
AR, Plaintiff–Appellant.

Before MURPHY, BOWMAN, and
BENTON, Circuit Judges.

PER CURIAM.

Kimberly Kenney appeals the district
court's [1] preservice dismissal of her pro se
complaint alleging employment discrimina-
tion and claims related to state-court liti-

gation. Following careful de novo review,
see Moore v. Sims, 200 F.3d 1170, 1171
(8th Cir. 2000) (per curiam), we find no
reversible error. Accordingly, we affirm.
See 8th Cir. R. 47B.

---

1. The Honorable J. Leon Holmes, United
States District Judge for the Eastern District

of Arkansas.